UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SEQUANS COMMUNICATIONS S.A. SECURITIES LITIGATION | Master File No. Case No. 2:17-cv-04665-FB-SJB <br><br> CLASS ACTION |
| This Document Relates To: All Actions | |

NOTICE OF MOTION OF THE BOCA RATON POLICE AND
FIREFIGHTERS' RETIREMENT SYSTEM FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE THAT** the Boca Raton Police and Firefighters' Retirement System (the "System"), by and through their counsel, will and does hereby respectfully move this Court, pursuant to the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), Pub.L. 104-67, 109 Stat. 737, for an Order: (i) appointing the System as Lead Plaintiff; and (ii) approving its selection of Berman Tabacco as Lead Counsel for the class.

This motion is made on the grounds that the System is the most adequate plaintiff, as defined by the PSLRA, based on its financial interest in this litigation.  Further, the System satisfies the requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as its claims are typical of the other members of the class and they will fairly and adequately represent the Class.  In addition, the System has selected and retained counsel with substantial experience in prosecuting securities fraud class actions to serve as Lead Counsel for the class.

In support of its motion, the System respectfully submits herewith: (1) the Memorandum of Law in Support of the Motion of the Boca Raton Police and Firefighters' Retirement System

for Appointment as Lead Plaintiff and Approval of Lead Counsel; (2) the Declaration of Jay Eng in Support of the Boca Raton Police and Firefighters' Retirement System's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (with supporting exhibits); and (3) [Proposed] Order.

DATED: October 10, 2017

BERMAN TABACCO

*/s/ Joseph J. Tabacco*
Joseph J. Tabacco (JJT-1994)
44 Montgomery Street, Ste. 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Fax: (415) 433-6382
Email: jtabacco@bermantabacco.com

Leslie R. Stern
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Fax: (617) 542-1194
Email: lstern@bermantabacco.com

Jay W. Eng
3507 Kyoto Gardens Drive, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 835-9400
Fax: (561) 835-0322
Email: jeng@bermantabacco.com

*Counsel for Movant Boca Raton Police and Firefighters' Retirement System and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2017, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the recipients designated on the Electronic Mail Notice List for this case.

*/s/ Joseph J. Tabacco*
Joseph J. Tabacco
**BERMAN TABACCO**
44 Montgomery Street, Ste. 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Fax: (415) 433-6382
Email: jtabacco@bermantabacco.com