UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW RENNER, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>SEQUANS COMMUNICATIONS S.A., GEORGES KARAM, and DEBORAH CHOATE,<br><br>           Defendants. | Case No.  1:17-cv-04665-FB-SJB |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' MOTION**

**WHEREAS,** on April 9, 2018, Lead Plaintiffs Kuwant Johal and Matthew McGee ("Lead Plaintiffs") filed a Consolidated Amended Class Action Complaint (the "CAC"); and

**WHEREAS,** on May 24, 2018, Defendants Sequans Communications S.A., Georges Karam and Deborah Choate filed a letter motion pursuant to Rule 2(a) of the Court's Individual Motion Practices and Rules requesting a pre-motion hearing regarding Defendants' anticipated filing of a motion in response to the CAC (the "Motion"); and

**WHEREAS,** on August 21, 2018, the parties appeared before the Court at a pre-motion hearing, and the Court granted Defendants' request to file the Motion; and

**THE PARTIES HEREBY STIPULATE AND AGREE,** by and through their counsel, that:

1. Defendants shall serve the Motion and supporting papers on Lead Plaintiffs on or before September 27, 2018; and

2. Lead Plaintiffs shall serve any opposition to the Motion on or before November 1, 2018; and

3. Defendants shall serve any reply briefing and file all motion papers on or before November 30, 2018.

**IT IS SO STIPULATED.**

Dated: August ___, 2018 THE ROSEN LAW FIRM P.A.

 Phillip C. Kim
 275 Madison Avenue
 New York, NY 10016
 (212) 686-1060
 pkim@rosenlegal.com

 POMERANTZ LLP
 Patrick V. Dahlstrom
 Joshua B. Silverman
 10 South La Salle Street, Ste 3505
 Chicago, Illinois 60603
 (312) 377-1181
 pdahlstrom@pomlaw.com
 jbsilverman@pomlaw.com

 *Attorneys for Lead Plaintiffs*

Dated: August 23, 2018 ORRICK, HERRINGTON & SUTCLIFFE LLP

 */s/ William Foley*
 William J. Foley
 51 West 52nd Street
 New York, NY 10019
 (212) 506-5000
 *Attorneys for Defendants Sequans Communications S.A., Georges Karam, and Deborah Choate*

SO ORDERED: _____
 The Honorable Frederic Block

Date: